JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA RAMOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WACHOVIA MORTGAGE FSB, an unknown business entity, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:11-cv-08737-GAF-MAN<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL<br><br>[Assigned to the Hon. Gary A. Feess] |

On February 15, 2012, this Court entered an Order granting the motion of defendant WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), to dismiss plaintiff's complaint for failure to amend pursuant to the Court's January 3, 2012 order. In accordance with that Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This action is dismissed with prejudice.
2. Plaintiffs Graciela Ramos will take nothing from defendant Wells

Fargo in this action; and

    3.    As the prevailing party, defendant Wells Fargo may submit an application to tax costs and a motion to recover reasonable attorneys' fees.

Dated: February 22, 2012

*/s/ Gary Feess*

HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL DISMISSAL**

on the interested parties in said case as follows:

**Served By Means Other than Electronically Via the Court's CM/ECF System:**

*Plaintiff in Pro Per*

Graciela Ramos
14136 Rockenbach Street
Baldwin Park, CA 92701

☒ **(BY MAIL):** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **February 21, 2012.**

| Vanessa Ngo | /s/ Vanessa Ngo |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |